■ CLOCKWORK DEVELOPMENT VENTURE v CATAMOUNT CONSTRUCTION CORP. — Motion for stay denied. Petitioner's participation in the arbitration, however, shall not be deemed to have waived the claim that a condition precedent to arbitration has not been complied with. Appellant is directed to perfect the appeal for the October, 1983 Term. In the event the appeal is not so perfected,

the stipulation of the parties shall be of no further force or effect. Concur — Murphy, P. J., Ross, Asch, Kassal and Alexander, JJ.